UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| KIMBERLY DAWN SANSOM, | ) | CASE NO. 5:25MC36 |
| | ) | |
| Movant/Plaintiff, | ) | JUDGE JOHN R. ADAMS |
| | ) | |
| -vs- | ) | |
| | ) | MEMORANDUM OF OPINION |
| SCOTT DOUGLAS TUCKER, | ) | AND ORDER |
| | ) | |
| | ) | |
| Respondent/Defendant. | ) | |

On August 18, 2025, the Court received a Report & Recommendation ("R&R") from the Bankruptcy Judge recommending that the reference be withdrawn as to Adversary Proceeding 25-06007.  To date, no objections have been filed to the R&R.

Accordingly, the report and recommendation of the Bankruptcy Judge is hereby adopted.  Defendant's Motion for Abstention and Motion to Dismiss is hereby Denied.  Plaintiff's request for withdrawal of the reference as to Adversary Proceeding 25-06007 is GRANTED and that case is hereby transferred to the District Court for random assignment to a District Judge for final discovery and trial.  This miscellaneous matter is hereby CLOSED.

IT IS SO ORDERED. Dated:

   October 29, 2025                                        */s/ John R. Adams*
                                                                  JOHN R. ADAMS
                                                                  UNITED STATES DISTRICT JUDGE